IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALD SOCIAL LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. WA-22-CV-973-FB |
| T-MOBILE US, INC., | § § § | |
| Defendant. | § | |

## J U D G M E N T

The Court has considered the Judgment to be entered in the above styled an numbered cause.

Consistent with the Order Granting Defendant T-Mobile's Motion to Dismiss Plaintiff ALD Social's Complaint for Patent Infringement filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant T-Mobile's Motion to Dismiss Plaintiff ALD Social's Complaint for Patent Infringement (docket #13) is GRANTED such that Plaintiff's Complaint for Patent Infringement is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending, if any, are DISMISSED AS MOOT and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of September, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE